UNITED STATES of America,
Plaintiff-Appellee

v.

Ignacio AGUILAR-CARDENAS, also
known as Nacho, Defendant-
Appellant

No. 16-40364
Summary Calendar

United States Court of Appeals,
Fifth Circuit.

Date Filed: 12/14/2016

Ernest Gonzalez, Assistant U.S. Attorney, U.S. Attorney's Office, Eastern District of Texas, Plano, TX, for Plaintiff-Appellee

Ignacio Aguilar-Cardenas, Pro Se

Before KING, DENNIS, and COSTA, Circuit Judges.

PER CURIAM: *

The attorney appointed to represent Ignacio Aguilar-Cardenas has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), and *United States .v. Flores*, 632 F.3d 229 (5th Cir. 2011). Aguilar-Cardenas has filed a response. The record is not sufficiently developed to allow us to make a fair evaluation of Aguilar-Cardenas's claims of ineffective assistance of counsel; we therefore decline to consider the claims. *See United States v. Isgar*, 739

F.3d 829, 841 (5th Cir. 2014). This denial is without prejudice to collateral review: Aguilar-Cardenas may raise any claims of ineffective assistance of counsel in a motion under 18 U.S.C. § 2255. *See id.*

We have reviewed counsel's brief and the relevant portions of the record reflected therein, as well as Aguilar-Cardenas's response. We concur with counsel's assessment that the appeal presents no nonfrivolous issue for appellate review. Accordingly, the motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.